UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00104; 3:03-00045; 3:04-00071 |
| | ) | and 3:15-00037 |
| | ) | JUDGE CAMPBELL |
| HOWARD GLEN BRONS | ) | |

ORDER

The hearing currently scheduled for December 16, 2015, is RESCHEDULED for December 15, 2015, at 9:00 a.m.

    IT IS SO ORDERED.

                                                              TODD J. CAMPBELL
                                                              UNITED STATES DISTRICT JUDGE