# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

HOWARD GLEN BRONS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:03-00045 and 3:04-00071
USM Number: 16352-075

Jeffery S. Frensley
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) through Five (5)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 8/13/14 |
| 2 | Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer | 8/27/14 |
| 3 | Defendant shall not leave the judicial district without the permission of the Court or Probation Officer | 6/23/14 |
| 4 | Defendant shall not commit another federal, state or local crime | 11/24/14 |
| 5 | Defendant shall not commit another federal, state or local crime | 3/11/15 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7473__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
Murfreesboro, TN

July 1, 2016
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 1, 2016
Date

DEFENDANT: HOWARD GLEN BRONS  
CASE NUMBER: 3:03-00045 and 3:04-00071

Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  twelve (12) months in each case concurrent with each other but **consecutive** to the sentences imposed in Case Nos. 3:14-00104 and 3:15-00037.

The total term of imprisonment is one hundred eight (108) months for all four cases.

No period of Supervised Release is imposed.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

    1. Participation in BOP's RDAP residential dug treatment program.  
    2. Incarceration at Manchester, Kentucky, or Lexington, Kentucky, to be near family.

__X__  The Defendant is remanded to the custody of the United States Marshal.

_____  The Defendant shall surrender to the United States Marshal for this District:

    _____  at _____ p.m. on _____

    _____  as notified by the United States Marshal.

_____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    _____  before 2 p.m. on _____

    _____  as notified by the United States Marshal.

    _____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal